Zachary Nightingale (California Bar # 184501)
Van Der Hout LLP
360 Post St., Suite 800
San Francisco, CA 94108
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.D. and W.X., <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity, Secretary, U.S. Department of Homeland Security; <br><br> Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; <br><br> Defendants. | Case No.: 3:26-cv-02167 <br><br> ~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM AS MODIFIED** <br><br> <u>Request for Declaratory and Injunctive Relief</u> |

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYM

Upon consideration of Plaintiffs' Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) The parties shall refer to Plaintiffs by the pseudonyms Z.D. and W.X. in all filings and public proceedings; and

(b) The parties shall redact all personally identifying information, including Plaintiffs' true full names, from all filings consistent with Federal Rule of Civil Procedure 5.2.

This Order is without prejudice to Defendants filing an opposition to the Motion once they have been served.

IT IS SO ORDERED.

Dated: _____ March 17, , 2026            _____
                                                United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO PROCEED UNDER PSEUDONYM