CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Fax: (415) 436-6748
pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Z.D., et al., | No. 26-cv-02167-LJC |
| Plaintiffs | **STIPULATION REGARDING BRIEFING SCHEDULE** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Defendants | |

The parties, through their counsel, stipulate as follows:

1.      On April 8, 2026, Plaintiffs filed an amended complaint and a motion for temporary restraining order in this matter.  Dkt Nos. 15, 16.

2.      On April 9, 2026, the Court set a status hearing for 4:00 p.m. that afternoon to discuss a briefing and hearing schedule for Plaintiffs' motion. Dkt. No. 20.  The Court invited the parties to file a stipulated briefing schedule before that time.

3.      The parties have met and conferred and propose the following briefing and hearing schedule for Plaintiffs' motion for temporary restraining order:

a.      Defendants' opposition to be filed by April 17, 2026;

b.      Plaintiffs' reply to be filed by April 22, 2026.

STIPULATION RE BRIEFING AND HEARING SCHEDULE
No. 26-cv-02167-LJC                                    1

c.      Hearing to be held April 24, 2026, or as soon thereafter as that Court may deem convenient.

4.      The parties will continue to meet and confer regarding Plaintiffs' motion, and may submit a further stipulation to extend these deadlines.

5.      The parties respectfully request that the Court set the briefing schedule as set forth above, and vacate the status conference.

DATED: April 9, 2026                                  Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendants

DATED: April 9, 2026                                  VAN DER HOUT LLP

*/s/ Zachary Nightengale*
ZACHARY NIGHTENGALE

Attorneys for Plaintiffs

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela T. Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela T. Johann*

STIPULATION RE BRIEFING AND HEARING SCHEDULE
No. 26-cv-02167-LJC                                  2

**[PROPOSED] ORDER AS MODIFIED**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order shall be filed by April 17, 2026.  Plaintiffs' Reply shall be filed by April 22, 2026 by 3:00 pm. The hearing shall be scheduled for April 24, 2026 at 9:00 am in Courtroom G.  The April 9, 2026 status conference set for 4:00 pm is VACATED.

DATED: April 9, 2026

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge