United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Z.D.,

Plaintiffs,

v.

MARKWAYNE MULLIN et al.,

Defendants.

Case No. 5:26-cv-08791-SVK

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Lisa J. Cisneros for consideration of whether the case is related to 26-cv-02167-LJC.

**IT IS SO ORDERED.**

Dated: August 25, 2026

SUSAN VAN KEULEN
United States Magistrate Judge